UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| SISTERREACH, INC., et al.,            ) | |
|                                       ) | |
|    Plaintiffs,         ) | |
|                                       ) | |
| v.                                    ) | Case No. 2:24-cv-02446-SHR-tmp |
|                                       ) | District Judge Sheryl H. Lipman |
| JONATHAN SKRMETTI, et al.,            ) | Magistrate Judge Tu M. Pham |
|                                       ) | |
|    Defendants.         ) | |

## DEFENDANTS' MOTION TO DISMISS

Defendants Jonathan Skrmetti, Steven Finney, Barry Staubus, Dan Armstrong, Jimmy Dunn, Ryan Desmond, Charme Allen, Dave Clark, Jared Effler, Russell Johnson, Shari Tayloe, Coty Wamp, Courtney Lynch, Bryant Dunaway, Craig Northcott, Jason Lawson, Jennings Jones, Robert Carter, Ray Whitley, Robert Nash, Glenn Funk, Stacey Edmonson, Brent Cooper, Ray Crouch, Neil Thompson, Mark Davidson, Jody Pickens, Colin Johnson, Frederick Agee, Danny Goodman, Steve Mulroy, Chris Stanford, and Hans Schwendimann, all in their official capacities ("Defendants"), by and through counsel, and pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, respectfully request that Plaintiffs' complaint against them be dismissed.

As discussed more fully in Defendants' separate memorandum of law, Plaintiffs fail to state a claim upon which relief can be granted under either the First Amendment or Fourteenth Amendment to the United States Constitution. Plaintiffs also lack standing, and they cannot overcome Defendants' entitlement to sovereign immunity. Abstention principles likewise warrant dismissal.

Accordingly, Defendants respectfully request the Court to grant their motion and to dismiss each of Plaintiffs' claims against them as a matter of law.

1

Respectfully submitted,

JONATHAN SKRMETTI
Attorney General and Reporter

/s/ *Steven J. Griffin*
STEVEN J. GRIFFIN (BPR# 040708)
Senior Counsel for Strategic Litigation

MATTHEW D. CLOUTIER (BPR# 036710)
Assistant Solicitor General

DONNA L. GREEN (BPR# 019513)
Managing Attorney and Senior Assistant Attorney General

Office of Tennessee Attorney General
P.O. Box 20207
Nashville, TN  37202
(615) 741-9598
Steven.Griffin@ag.tn.gov
Matt.Cloutier@ag.tn.gov
Donna.Green@ag.tn.gov

## CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2024, a copy of the foregoing document was filed using the Court's electronic court-filing system, which sent notice to the following counsel:

>Melissa J. Stewart
>Bryce Ashby
>DONATI LAW, PLLC
>melissa@donati.com
>bryce@donatilaw.com
>
>Rupali Sharma
>Jamila Johnson
>Juanluis Rodriguez
>LAWYERING PROJECT
>rsharma@lawyeringproject.org
>jjohnson@lawyeringproject.org
>prodriguez@lawyeringproject.org
>
>*Counsel for Plaintiffs*

/s/ *Steven J. Griffin*
STEVEN J. GRIFFIN