# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| SISTERREACH, INC.; MIDWEST ACCESS COALITION, INC., | ) ) CASE NO. 2:24-cv-02446-SHL-tmp |
| Plaintiffs, | ) ) ) ) |
| v. | ) ) |
| JONATHAN SKRMETTI, in his official capacity as Attorney General of Tennessee et al., | ) ) ) |
| Defendants. | ) |

## UNOPPOSED MOTION TO DISMISS PLAINTIFF SISTERREACH, INC.

Plaintiff SisterReach, Inc., by and through undersigned counsel, hereby moves to voluntarily dismiss itself from this action, pursuant to Federal Rule of Civil Procedure 21. Pursuant to Local Rule 7.2(a)(1)(B), counsel for Plaintiff SisterReach, Inc., conferred with Defendants' counsel regarding this motion on October 1, 2025. Defendants raise no objection to the dismissal.

Dated: October 1, 2025

Respectfully submitted,

| | |
|---|---|
| /s/ Rupali Sharma | Melissa Stewart, TN #40638 |
| Rupali Sharma, ME #6192 | Bryce Ashby, TN #26179 |
| LAWYERING PROJECT | DONATI LAW, PLLC |
| 443 Western Ave., No. 1025 | 1545 Union Ave. |
| South Portland, ME 04106 | Memphis, TN 38104 |
| Phone: (646) 490-1219 | Phone: (901) 209-5500 |
| Fax: (646) 480-8622 | Fax: (901) 278-3111 |
| rsharma@lawyeringproject.org | melissa@donatilaw.com |
| | byrce@donatilaw.com |
| | |
| Jamila Johnson, LA #37953 | Juanluis Rodriguez, NY #5543194 |
| Allison Zimmer, LA #38455 | LAWYERING PROJECT |
| LAWYERING PROJECT | 41 Schermerhorn St., No. 1056 |
| 900 Camp St., 3rd Floor, No. 1197 | Brooklyn, NY 11201 |
| New Orleans, LA 70130 | Phone: (646) 490-1080 |
| Phone JJ: (347) 706-4981 | Fax: (646) 480-8622 |
| Phone AZ: (347) 515-6074 | prodriguez@lawyeringproject.org |
| Fax: (646) 480-8622 | |
| jjohnson@lawyeringproject.org | |
| azimmer@lawyeringproject.org | |

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

*/s/ Rupali Sharma*
Rupali Sharma
