**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

---

| | | |
|---|---|---|
| MIDWEST ACCESS COALITION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:24-cv-02446-SHL-tmp |
| | ) | |
| JONATHAN SKRMETTI, in his official | ) | |
| capacity as Attorney General of Tennessee, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

---

**JUDGMENT**

---

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff's Complaint (ECF No. 1), filed June 27, 2024,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting Motion to Dismiss (ECF No. 51), filed March 31, 2026, all claims by Plaintiff against Defendants are **DISMISSED WITHOUT PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

April 2, 2026
Date